```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>         Plaintiffs, <br><br>    vs. <br><br> PARKER MECHANICAL, etc., <br><br>         Defendant. | NO. C 06 2852 SC <br><br><br> <u>NOTICE OF</u> <br> <u>VOLUNTARY DISMISSAL</u> <br><br> ORDER |

Notice is hereby given that plaintiffs dismiss the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the Case Management Conference set for July 28, 2006.

Dated:    May 9, 2006          ERSKINE & TULLEY

                               By:<u>/s/Michael J. Carroll</u>
                                  Michael J. Carroll
                                  Attorneys for Plaintiffs

IT IS SO ORDERED
[Signature] Judge Samuel Conti
5/11/06